NATIONAL LINEN SERVICE CORPORATION *v.* CITY OF ALBANY *et al.*

HILL, J. Under the pleadings and conflicting evidence, the judge did not err, at the interlocutory hearing, in denying an injunction.
*Judgment affirmed. All the Justices concur.*

No. 9393. MAY 12, 1933. REHEARING DENIED JUNE 20, 1933.

84

*J. R. Pottle, Herbert J. Haas,* and *Bertram S. Boley,* for plaintiff.
*S. B. Lippitt,* for defendants.